IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAZMIN NINA YBARRA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-159-RP |
| MARCUS REED, | § § § | |
| Defendant. | § § | |

## ORDER

On January 24, 2023, the Court ordered the parties to file a proposed scheduling order by March 3, 2023. (Order, Dkt. 12). On April 27, 2023, counsel for Plaintiff Jazmin Ybarra instead filed a motion to withdraw as counsel, stating that he had not been able to contact Plaintiff despite repeated attempts. (Mot., Dkt. 14). The Court granted the motion on June 6, 2023. Contrary to the Court's order and Local Rules, Plaintiff has still not filed a proposed scheduling order or taken any action to advance this litigation. On July 14, 2023, the Court entered a show cause order to Plaintiff, requesting an explanation as to why she had not filed a proposed scheduling order or taken any action to advance this litigation. (Order, Dkt. 17). Plaintiff has not responded to the order.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Given Plaintiff has taken no action to advance this case for nearly a year, the Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant in this action are **DISMISSED WITH PREJUDICE**.

**SIGNED** on August 18, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE